

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

CYNTHIA DOMINGUEZ, § No. 08-14-00225-CR

Appellant, § Appeal from the

v. § 205th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20120D04010)

§

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 4, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 4, 2015.

IT IS SO ORDERED this 18th day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.